# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-2507-GW(AGRx) | Date | June 26, 2017 |
|---|---|---|---|
| Title | *Darren Martinez, et al. v. Blu Products, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher S. Hinton | Michael John Hassen |

**PROCEEDINGS:** **SCHEDULING CONFERENCE**

Court and counsel confer. For reasons stated on the record, the scheduling conference is continued to August 31, 2017 at 8:30 a.m. Parties will file a status report by noon on August 28, 2017. Telephone appearances are allowed provided notice is given to the clerk two business days prior to the hearing.

: 02

Initials of Preparer  JG