UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-2507-GW(AGRx) | Date | August 31, 2017 |
|---|---|---|---|
| Title | *Darren Martinez, et al. v. Blu Products, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher S. Hinton by telephone | None Present |

**PROCEEDINGS:      SCHEDULING CONFERENCE**

Counsel for Defendants are not present.

Court confers with Plaintiffs' counsel.  Settlement is reached as to Defendant Blu Products, Inc., and Plaintiffs are in the process of serving Defendant Shanghai Adups Technology pursuant to the Hague Convention.

The Court continues the scheduling conference to December 7, 2017 at 8:30 a.m., with a joint status report filed by noon on November 30, 2017.  Local Rule 23 requirements are waived until further scheduling on December 7.

:      02

Initials of Preparer   JG