TERM PTY/NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DARREN MARTINEZ AND JOE MOCNIK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>BLU PRODUCTS, INC., and SHANGHAI ADUPS TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. CV 17-2507-GW(AGRx)<br><br>**ORDER DISMISSING DEFENDANT BLU PRODUCTS, INC. FROM THIS ACTION WITH PREJUDICE**<br><br>**Ctrm: 9D, 9th Floor**<br>**Hon. George H. Wu** |

Good cause having been shown in the Stipulation to Voluntarily Dismiss Defendant Blu Products, Inc. pursuant to Federal Rule of Civil Procedure 41,

IT IS HEREBY ORDERED that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant Blu Products, Inc. is hereby dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: October 25, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE