UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-2507-GW(AGRx) | Date | March 14, 2019 |
|---|---|---|---|
| Title | *Darren Martinez, et al. v. Blu Products, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie E. Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Christopher S. Hinton, by telephone | None Present | |

**PROCEEDINGS:**      **STATUS CONFERENCE**

Court confers with counsel. Plaintiffs will have until April 30, 2019 to file their request for entry of default. A hearing on Plaintiffs' motion for default judgment is set for May 30, 2019 at 8:30 a.m., with motion to be filed by May 20, 2019.

                                                                                      :    04

Initials of Preparer    JG