# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARREN MARTINEZ AND JOE MOCNIK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BLU PRODUCTS, INC., AND SHANGHAI ADUPS TECHNOLOGY CO., LTD.**<br><br>**Defendants.** | Case No. CV 17-2507-GW-AGRx<br><br><u>CLASS ACTION</u><br><br>**ORDER DISMISSING DEFENDANT SHANGHAI ADUPS TECHNOLOGY CO., LTD WITHOUT PREJUDICE AND TERMINATING ACTION** |

The Court HEREBY ORDERS that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant Shanghai Adups Technology Co., Ltd. is dismissed from this action without prejudice and without assessment of costs or attorneys' fees to any of the subject parties, and that this action is HEREBY terminated.

**IT IS SO ORDERED**.

Dated: <u>December 17, 2019</u>

_____
The Hon. George H. Wu
United States District Judge